# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 15-1385　　　　　　　　　　　　　　　　September Term, 2016

EPA-80FR65292

**Filed On:** April 11, 2017

Murray Energy Corporation,

　　　　Petitioner

　　v.

Environmental Protection Agency,

　　　　Respondent

------------------------------

American Lung Association, et al.,

　　　　Intervenors

------------------------------

Consolidated with 15-1392, 15-1490, 15-1491, 15-1494

　　**BEFORE:**　　Griffith, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of respondent's motion to continue oral argument and the opposition thereto, it is

**ORDERED** that the motion be granted, and these consolidated cases are hereby removed from the April 19, 2017 oral argument calendar. It is

**FURTHER ORDERED** that these consolidated cases be held in abeyance pending further order of the court. EPA is directed to file status reports on the agency's review of the 2015 Rule at 90-day intervals beginning 90 days from the date of this order. Within 30 days of the agency notifying the court and the parties what action it has or will be taking with respect to the 2015 Rule, the parties are directed to file motions to govern future proceedings in these consolidated cases.

The court disfavors motions to postpone oral argument and reminds respondent it is imperative that the court be notified promptly when a potential issue arises that affects the date of oral argument.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　Michael C. McGrail
　　Deputy Clerk